IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JUN 23 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:21 CR 490 |
| v. ) | |
| ) | Title 18, United States Code, |
| JAMES EARL THOMPSON, ) | Sections 922(o) and 924(a)(2) |
| ) | |
| Defendant. ) | JUDGE PEARSON |

COUNT 1
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1. On or about May 8, 2021 through May 10, 2021, in the Northern District of Ohio, Eastern Division, the defendant, JAMES EARL THOMPSON, did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Romarm/Cugir,Arms Co., model Draco, 7.62 X 39 caliber rifle, bearing serial number DB-9294-18RO, modified so that it shoots automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant JAMES EARL

THOMPSON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following firearm and ammunition: Romarm/Cugir, Arms Co., model Draco, 7.62 X 39 caliber rifle, bearing serial number DB-9294-18RO, and ammunition, seized on May 10, 2021.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.